Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## United States Bankruptcy Court
## Northern District of Mississippi

CASE NO. **08-15473**

Debtor **Jones, Emma** SS # XXX-XX-**4794** Current Monthly Income $ **1,699.89**
Joint Debtor SS # XXX-XX- Current Monthly Income $ **0.00**
Address **475 Gordon Drive Holly Springs, MS 38635** No. of Dependents **0**
Telephone No. **(662) 306-3135** TAX REFUNDS AND EIC FOR DISTRIBUTION:

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A) Debtor shall pay $**305.50** per (☐ monthly / ☐ semi-monthly / ☐ weekly / ☒ bi-weekly) to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer:
**The Geo Group, Inc. One Park Place
621 NW 53 St, Suite 700
Boca Raton, FL 33487-8242**

(B) Joint Debtor shall pay $_____ per (☐ monthly / ☐ semi-monthly / ☐ weekly / ☐ bi-weekly) to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full:
IRS                         $ **0.00** @ $ **0.00** /mo
State Tax Commission        $ **0.00** @ $ **0.00** /mo
Other                       $ **0.00** @ $ **0.00** /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**

beginning month _____ in the amount of $_____ per month shall be paid: ☐ direct ☐ through payroll deduction ☐ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**

in the amount of $_____ shall be paid $_____ per month: ☐ through payroll deduction ☐ through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: **Midland Mortgage Company** BEGINNING **01/09** @$ **374.22** ☐ PLAN ☒ DIRECT
MTG ARREARS TO: _____ THROUGH _____ $_____ @$_____ /MO*
(*including interest at      %)

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| **Ford Motor Credit** | 2008 Ford Mustang - pay amount owed | 27,039.49 | 20,150.00 | 8.00% | 32,895.86 | 548.26 |
| **United Consumer Financial** | vacumn cleaner - pay value | 1,335.56 | 600.00 | 8.00% | 729.95 | 12.17 |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

Debtor's Initials **EJ** Joint Debtor's Initials                                      CHAPTER 13 PLAN, PAGE 1 OF 2

Chapter 13 Plan Form, Revised 10/24/2005

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to be Paid |
|---|---|---|---|
| Citifinancial Auto | 2003 Chevrolet Trailblazer | 14,006.60 | debtor to surrender interest, joint debtor, Willie Brown to pay deb |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:

**UNSECURED DEBTS** totaling approximately $**16,837.71** are to be paid in deferred payments to Creditors that have filed claims that are not disallowed: ____ IN FULL or **0.00**% (PERCENT) MINIMUM.

Total Attorney Fees Charged $ **2,500.00**            Pay administrative costs and debtor's attorney fees pursuant to
Attorney Fees Previously Paid $ **0.00**              Court Order and/or local rules.
Attorney fees to be paid through the plan $ **2,500.00**

Name/Address/Phone # of Vehicle Insurance Co./Agent        Attorney for Debtor (Name/Address/Phone # / Email)
                                                          **Karen B. Schneller**
                                                          **Karen B. Schneller**
                                                          **Post Office Box 417**
                                                          **Holly Springs, MS  38635**
                                                          Telephone/Fax **(662) 252-3224 (662) 252-2858**
                                                          E-mail Address **kschneller@dixie-net.com**

Telephone/Fax:

DATE: **December 19, 2008**        DEBTOR'S SIGNATURE    */s/ Emma Jones*
                           JOINT DEBTOR'S SIGNATURE
                              ATTORNEY'S SIGNATURE    */s/ Karen B. Schneller*